In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-045 CV


____________________



IN RE LEXINGTON INSURANCE COMPANY, SILSBEE OAKS HEALTH 
CARE, L.L.P., OCCUPATIONAL INJURY PLAN AND 

SILSBEE OAKS HEALTH CARE, L.L.P.






Original Proceeding






MEMORANDUM OPINION (1)


 On February 2, 2005, Lexington Insurance Company, Silsbee Oaks Health Care,
L.L.P., Occupational Injury Plan and Silsbee Oaks Health Care, L.L.P. filed this petition
for writ of mandamus. We requested a response from the real party in interest. On April
26, 2005, the relators filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered May 26, 2005 

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.